UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| ADAM FRANCHI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>KEY TECHNOLOGY, INC., RICHARD LAWRENCE, ROBERT M. AVERICK, JOHN J. EHREN, JOHN E. PELO, MICHAEL L. SHANNON, CHARLES H. STONECIPHER, DONALD A. WASHBURN, PAUL J. WOLF, DURAVANT LLC, and CASCADE MERGER SUB, INC.,<br><br>Defendants. | NO. 4:18-cv-5027<br><br>NOTICE OF VOLUNTARY DISMISSAL |

## **NOTICE VOLUNTARY OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only, and without prejudice to the putative class.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

NOTICE OF VOLUNTARY DISMISSAL - 1

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

1 | DATED this 20th day of March, 2018.

BRESKIN JOHNSON & TOWNSEND, PLLC

OF COUNSEL:

RIGRODSKY & LONG, P.A.
300 Delaware Avenue
Suite 1220
Wilmington, DE 19801
302-295-5310

By: */s/ Roger Townsend*
　　Roger Townsend, WSBA # 25525
　　1000 Second Avenue, Suite 3670
　　Seattle, Washington 98104
　　206-652-8660 Phone
　　206-652-8290 Fax
　　rtownsend@bjtlegal.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

NOTICE OF VOLUNTARY DISMISSAL - 3

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660